IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. CROIX
APPELLATE DIVISION

| | |
|---|---|
| NAOMI JOSEPH, | D.C. Civ. App. No. 2007-0008 |
| Appellant, | Super. Ct. Civ. No. 392/2003 |
| v. | |
| SPEEDY GAS, INC., | |
| Appellees. | |

On Appeal from the Superior Court of the Virgin Islands
The Honorable Julio A. Brady, Judge Presiding

Considered: September 24, 2010
Filed: December 12, 2011

**BEFORE:** **CURTIS V. GOMEZ**, Chief Judge, District Court of the Virgin Islands; **RAYMOND L. FINCH**, Senior Sitting Judge, District Court of the Virgin Island; and **ADAM G. CHRISTIAN**, Judge, Superior Court of the Virgin Islands, Division of St. Croix, sitting by designation.

Attorneys:

**Vincent Colliani, Esq.**
St. Croix, U.S.V.I.
    For the Appellant,

**Patrick D. Blake, Esq. and Kevin L. Keller, Esq.**
Norfolk, Virginia
    For the Appellee.

Per Curiam.

Naomi Joseph v. Speedy Gas, Inc.
D.C. Civ. App. No.: 2007-0008
ORDER
Page 2

## ORDER

**AND NOW** for reasons more fully stated in a Memorandum Opinion filed on even date. It is hereby,

**ORDERED** that the Superior Court's Summary Judgment determination is **AFFIRMED**.

**SO ORDERED** this 12th day of December 2011.

ATTEST:

**WILFREDO F. MORALES**
Clerk of the Court

By: /s/
Deputy Clerk